No. 03–5384.  PERRY *v.* DRETKE, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-
SION.  C. A. 5th Cir.  Certiorari denied.

No. 03–5386.  CRENSHAW *v.* UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 03–5387.  CANADY *v.* UNIFIED GOVERNMENT OF WYAN-
DOTTE COUNTY, KANSAS CITY, KANSAS.  Ct. App. Kan.  Certio-
rari denied.

No. 03–5388.  DOCKERY *v.* UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA.  C. A. 11th Cir.
Certiorari denied.

No. 03–5389.  CARAWAY *v.* DRETKE, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS
DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–5390.  CRANDALL *v.* DORMIRE, SUPERINTENDENT, JEF-
FERSON CITY CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.
Certiorari denied.

No. 03–5391.  MOORE *v.* NORTH DAKOTA.  Sup. Ct. N. D.  Cer-
tiorari denied.

No. 03–5392.  MARTIN *v.* UNITED STATES.  C. A. 10th Cir.
Certiorari denied.

No. 03–5393.  DEFRANCO *v.* WOLFE, SUPERINTENDENT, STATE
CORRECTIONAL INSTITUTION AT ALBION.  C. A. 3d Cir.  Certio-
rari denied.

No. 03–5394.  BRUNO *v.* DRETKE, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-
SION.  C. A. 5th Cir.  Certiorari denied.

No. 03–5395.  MERELUS *v.* CROSBY, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 03–5396.  MPOUNAS *v.* GERLINSKI, WARDEN.  C. A. 3d Cir.
Certiorari denied.

No. 03–5397.  ACKLES *v.* ALABAMA.  Ct. Crim. App. Ala.
Certiorari denied.